IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SILICON LABORATORIES INC., | § | CIVIL ACTION NO. 1:10-CV-0607-LY |
| | § | |
| | § | |
| Plaintiff, | § | JURY DEMANDED |
| | § | |
| v. | § | |
| | § | |
| AIROHA TECHNOLOGY CORP., | § | |
| | § | |
| Defendant. | § | |

**EXHIBITS C-I TO
PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**

Dated: October 11, 2011                     Respectfully submitted,

                                                /s/ Jerry R. Selinger
                                        Jerry R. Selinger
                                        Texas Bar No. 18008250
                                        PATTERSON & SHERIDAN, LLP
                                        1700 Pacific Avenue, Suite 2650
                                        Dallas, Texas 75201
                                        Tel:  214-720-2200
                                        Fax:  214-302-0470
                                        E-mail: jselinger@pattersonsheridan.com
                                        ATTORNEY-IN-CHARGE FOR
                                        PLAINTIFF
                                        SILICON LABORATORIES INC.

OF COUNSEL:

Pat Heptig
Texas Bar No. 00793940
E-mail: pheptig@Heptiglaw.com
Heptig Law Group, Ltd.
1700 Pacific Avenue, Suite 2650
Dallas, Texas 75201
Tel:  214-720-2200
Fax:  214-302-0470

Monique M. Raub
Texas Bar No. 24041752
E-mail: mraub@pattersonsheridan.com
PATTERSON & SHERIDAN, LLP
3040 Post Oak, Suite 1500
Houston, Texas 77056
Tel:  713-623-4844
Fax:  713-623-4846

## CERTIFICATE OF SERVICE

The undersigned certifies that Plaintiff's Claim Construction Brief was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

　/s/ Jerry R. Selinger
Jerry R. Selinger